# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case Number: 8:14CB12**<br>**Violation Number:  2304748 NE14** |
| | **ORDER** |
| **BILL WITTY,** | |
| **Defendant.** | |

The Motion to Dismiss [8] filed by the United States Attorney's Office is granted.  The above-referenced matter is hereby dismissed without prejudice.

ORDERED this 16th day of January, 2015.

**BY THE COURT:**

**s/ Thomas D. Thalken**
**United States Magistrate Judge**